No. 298. MALE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

No. 472. WATSON *v.* GULF STEVEDORE CORP. C. A. 5th Cir. Certiorari denied. *Bill Allen* for petitioner. *Carl O. Bue, Jr.,* for respondent. 

No. 474. GORDON *v.* UNITED STATES; and
No. 571. SCATA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Morris Berick* for petitioner in No. 474, and *W. Paul Flynn* for petitioner in No. 571. *Solicitor General Griswold, Ralph S. Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in both cases. Reported below: 379 F. 2d 788.

No. 488. BAY ET AL. *v.* MECOM, TRUSTEE, ET AL. Sup. Ct. Tex. Certiorari denied. *Joseph W. Cash* for petitioners. *G. Kibby Munson* for respondents. 

No. 490. LEE *v.* RITSCH ET AL. C. A. 5th Cir. Certiorari denied.

No. 499. BROTHERHOOD OF RAILROAD TRAINMEN *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO. ET AL. C. A. D. C. Cir. Certiorari denied. *Francis M. Shea, Richard T. Conway, James R. Wolfe* and *Charles I. Hopkins, Jr.,* for St. Louis Southwestern Railway Co., and *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for Seward, respondents.